UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ELISA GONZALES<br>Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NUMBER<br>NO. 4:15-CV-175 |
| GEICO GENERAL INSURANCE<br>COMPANY<br>Defendant. | §<br>§<br>§<br>§ | |

### PLAINTIFF'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff, Elisa Gonzales requesting this Honorable Court to dismiss Complaint Number 4:15-CV-175, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION for the grounds set forth herein.

Plaintiff no longer desires to prosecute this suit against Defendant, GEICO GENERAL INSURANCE COMPANY.

Plaintiff moves that this Court to dismiss this case with prejudice as to Defendant, GEICO GENERAL INSURANCE COMPANY.

WHEREFORE, Plaintiff, ELISA GONZALES, respectfully request that this Honorable Court dismiss Complaint Number 4:15-CV-175, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION, with prejudice.

Respectfully submitted,

**BAILEY & GALYEN**
4131 N. Central Expressway, Suite 860
Dallas, Texas 75204
(214) 252-9099 - Office
(214) 520-9941 – Facsimile
srobelen@galyen.com – Email

By: /s/ Scott G. Robelen
Scott G. Robelen
Federal Bar No.: 870867
Texas State Bar No.: 16990045

**ATTORNEY FOR PLAINTIFF**