UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ELISA GONZALES<br>  Plaintiff, | § § § § | |
| v. | § § § | CIVIL ACTION NUMBER<br>NO. 4:15-CV-175 |
| GEICO GENERAL INSURANCE COMPANY<br>  Defendant. | § § § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL

 On April 21, 2015, the Court considered the Plaintiff's Motion to Dismiss Complaint Number 4:15-CV-175, Elisa Gonzales v. GEICO General Insurance Company (Dkt. #5). After due consideration of the motion, the Court finds the motion should be **GRANTED** and orders the following:

 Civil Action Number 4:15-CV-175, Elisa Gonzales v. GEICO General Insurance Company, is **DISMISSED** and taxed are cost against the party incurring the same.

 IT IS SO ORDERRED.
 SIGNED this 21st day of April, 2015.

       */s/ Amos Mazzant*
       AMOS L. MAZZANT
       UNITED STATES DISTRICT JUDGE